*People v Rivera,* 130 AD2d 980.) Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ PEOPLE, Respondent, v DEAN STEINER, Appellant.—Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct part of the record for review upon appeal *(see, People v Glass,* 43 NY2d 283; *Matter of Christian [Carty],* 122 AD2d 622). Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ PEOPLE, Respondent, v DAVID SHARUN, Appellant.—Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct part of the record for review upon appeal *(see, People v Glass,* 43 NY2d 283; *Matter of Christian [Carty],* 122 AD2d 622). Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.

■ PEOPLE, Respondent, v RANDALL HYLAS, Appellant.— Motion for summary reversal denied with leave to renew upon a showing that there are no alternative means to reconstruct part of the record for review upon appeal *(see, People v Glass,* 43 NY2d 283; *Matter of Christian [Carty],* 122 AD2d 622). Present—Dillon, P. J., Callahan, Denman, Balio and Lawton, JJ.